**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Louis D. Lappen, Assistant U.S. Attorney*
*Direct Dial: (215) 861-8551*
*Facsimile: (215) 861-8618*
*E-mail Address: Louis.Lappen@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, PA 19106-4476*
*215-861-8200*

August 28, 2026

U.S. District Court Clerk's Office
United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *United States v. William F. Dunbar, Sr.*
*Criminal Case No. 26-cr-295*

Dear Clerk:

Please unseal the Information related to the above-captioned case, which was filed on July 7, 2026. The plea hearing in this case is scheduled for Monday, August 31, 2026, at 3:00 p.m.

Very truly yours,

DAVID METCALF
United States Attorney

*/s/ Louis D. Lappen*
LOUIS D. LAPPEN
Assistant United States Attorney