**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **WILLIAM F. DUNBAR, SR.** | **NO. 26-295** |

**O R D E R**

**AND NOW**, this 31st day of August, 2026, upon consideration of the Motion for *Pro Hac Vice* admission of Robert Lee Jenkins, Jr., Esquire (ECF 10), the filing fee having been paid, **IT IS ORDERED** that the Motion for *Pro Hac Vice* admission of Robert Lee Jenkins, Jr., Esquire (ECF 10) is **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.